UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO.

BRYAN CURRY, TERRAN BROOKS, JERMAINE WILLIS, and BRIAN HOPPER on behalf of themselves and all others similarly situated,

           Plaintiff(s),

v.

SCHLETTER INC.,

           Defendant(s).

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Only one form needs to be completed for each nongovernmental party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of nongovernmental corporate parties. Counsel have a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

____Bryan Curry_____ who is ____Plaintiff_____
*(Name of Party)*                                               *(Plaintiff / moving party or defendant)*

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
      Yes _____        No __XX__

2. Does the party have any parent corporations?
      Yes _____        No __XX__

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
      Yes _____        No __XX__

   If yes, identify all such owners:

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
   Yes ___  No  XX

   If yes, identify entity and nature of interest:


   s/ Jean Sutton Martin                          01/03/2017
   Signature                                      Date

   Jean Sutton Martin
   North Carolina Bar Number 25703
   Law Office of Jean Sutton Martin PLLC
   2018 Eastwood Drive, Suite 225
   Wilmington, NC 28403-0225
   Telephone: (910) 292-6676
   Facsimile: (888) 316-3489