# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:17-cv-001

BRYAN CURRY, TERRAN BROOKS, )
JERMAINE WILLIS, and BRIAN HOPPER )
on behalf of themselves and all others )
similarly situated, )
)
      Plaintiffs, )
)
vs. ) **ORDER**
)
SCHLETTER INC., )
)
      Defendant. )
)

**THIS MATTER** is before the Court on Jean Sutton Martin's Application for Admission to Practice *Pro Hac Vice* of John A. Yanchunis. It appearing that John A. Yanchunis is a member in good standing with the Flordia State Bar and will be appearing with Jean Sutton Martin, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Jean Sutton Martin's Application for Admission to Practice Pro Hac Vice (#17) of John A. Yanchunis is

**GRANTED**, and that John A. Yanchunis is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Jean Sutton Martin.

Signed: April 12, 2017

Dennis L. Howell
United States Magistrate Judge