

April 19, 2016

1001 Commerce Center Drive
Shelby, NC 28150

Tel. (704) 595-4052
Fax (704) 595-4216
stacie.davis@schletter.us
www.schletter.us



**Subject: Notice of Data Breach**

Dear ▇▇▇

We value and respect the privacy of your information, which is why, as a precautionary measure, we are writing to let you know about a data security incident that involves your personal information.

**What Happened:** On April 13, 2016, Schletter Inc. ("Schletter" or "the Company") learned that the 2015 W-2 tax form information for current and former employees was sent to an unauthorized third party in response to the W-2 phishing email scam. The information was sent by an employee who believed the phishing email was a legitimate internal company request.

**What Information Was Involved:** The data involved included personal information such as your first name, middle initial, last name, social security number, and home address.

**What We Are Doing:** Schletter values your privacy and deeply regrets that this incident occurred. The Company is conducting a thorough review of the potentially affected records and is aggressively analyzing where process changes are needed. Such process changes will be implemented as soon as possible, and additional security measures designed to prevent a recurrence of such an attack, and to protect the privacy of Schletter's valued employees, will be implemented.

**What You Can Do:** Please also review the attachment to this letter (Steps You Can Take to Further Protect Your Information) for further information on steps you can take to protect your information, and how to receive free credit monitoring for one year.

**For More Information and Assistance:** Please contact Human Resources at 704-595-4052 or 520-289-8713 between 7:00 a.m. – 4:30 p.m. daily.

Regards,

Stacie Davis
Corporate HR Manager

Exhibit A

Case 1:17-cv-00601-MR-WCM   Document 23-1   Filed 05/15/17   Page 1 of 1
Schletter Inc. 1001 Commerce Center Drive, Shelby, NC 28150 (704) 595-4052 (704) 595-4216 www.schletter.us
AF-005  3/23/16