## Steps You Can Take to Further Protect Your Information

### Review Your Account Statements and Notify Law Enforcement of Suspicious Activity

As a precautionary measure, we recommend that you remain vigilant by reviewing your account statements and credit reports closely. If you detect any suspicious activity on an account, you should promptly notify the financial institution or company with which the account is maintained. You also should promptly report any fraudulent activity or any suspected incidence of identity theft to proper law enforcement authorities, your state attorney general, and/or the Federal Trade Commission.

To file a complaint with the FTC, go to www.ftc.gov/idtheft or call 1-877-ID-THEFT (877-438-4338). Complaints filed with the FTC will be added to the FTC's Identity Theft Data Clearinghouse, which is a database made available to law enforcement agencies.

### Copy of Credit Report

You may obtain a free copy of your credit report from each of the three major credit reporting agencies once every 12 months by visiting http://www.annualcreditreport.com, calling toll-free 877-322-8228, or by completing an Annual Credit Report Request Form and mailing it to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348. You can print a copy of the request form at https://www.annualcreditreport.com/cra/requestformfinal.pdf. Or you can elect to purchase a copy of your credit report by contacting one of the three national credit reporting agencies. Contact information for the three national credit reporting agencies for the purpose of requesting a copy of your credit report or for general inquiries is provided below:

| Equifax | Experian | TransUnion |
|---|---|---|
| (800) 685-1111 | (888) 397-3742 | (800) 916-8800 |
| www.equifax.com | www.experian.com | www.transunion.com |
| P.O. Box 740241 | 535 Anton Blvd., Suite 100 | P.O. Box 6790 |
| Atlanta, GA 30374 | Costa Mesa, CA 92626 | Fullerton, CA 92834 |

### Fraud Alert

You may want to consider placing a fraud alert on your credit report. An initial fraud alert is free and will stay on your credit file for at least 90 days. The alert informs creditors of possible fraudulent activity within your report and requests that the creditor contact you prior to establishing any accounts in your name. To place a fraud alert on your credit report, contact any of the three credit reporting agencies identified above. Additional information is available at http://www.annualcreditreport.com.

### Credit Report Monitoring

In addition, Schletter is in the process of arranging with ADP, LLC to provide you with credit monitoring and identity theft protection for one year, at no cost to you. The Core ID package provides you with the following benefits:

- Complete Identity Monitoring
- Complete Identity Theft Recovery Services

Exhibit B

Schletter Inc.   1001 Commerce Center Drive, Shelby, NC 28150  Tel. (704) 595-4200  Fax: (704) 595-4210  www.schletter.us
AF-005 3/23/16

- Credit Report Tracking
- 24/7 Customer Service
- Complete access by phone and online
- Handle all 40+ Types of Identity Theft Events
- Allow any number of family members in your entire household to be covered at no additional charge. This includes spouse/domestic partner, dependent children under the age of 26, and qualifying relatives as outlined in the IRS guidelines
- $1,000,000 identity theft insurance coverage

Information on how to enroll in this credit monitoring and identity theft protection will be provided to you in a separate notice once the arrangements are finalized. **To take advantage of this offer, you must enroll within 30 days from receipt of those enrollment instructions.**

## Security Freeze

In some US states, you have the right to put a security freeze on your credit file. This will prevent new credit from being opened in your name without the use of a PIN number that is issued to you when you initiate the freeze. A security freeze is designed to prevent potential creditors from accessing your credit report without your consent. As a result, using a security freeze may interfere with or delay your ability to obtain credit. You must separately place a security freeze on your credit file with each credit reporting agency. In order to place a security freeze, you may be required to provide the consumer reporting agency with information that identifies you including your full name, Social Security number, date of birth, current and previous addresses, a copy of your state-issued identification card, and a recent utility bill, bank statement or insurance statement. There may be a charge for instituting this security freeze. The Company will reimburse these costs to you in accordance with the Reimbursement Request Policy. You will need to provide a receipt evidencing these costs to receive a reimbursement.

## Additional Free Resources on Identity Theft

You may wish to review the tips provided by the Federal Trade Commission on how to avoid identity theft. For more information, please visit http://www.ftc.gov/idtheft or call 1-877-ID-THEFT (877-438-4338). A copy of Taking Charge: What to Do if Your Identity is Stolen, a comprehensive guide from the FTC to help you guard against and deal with identity theft, can be found on the FTC's website at http://www.ftc.gov/bcp/edu/pubs/consumer/idtheft/idt04.shtm.

**North Carolina** residents may wish to review information provided by the North Carolina Attorney General at http://www.ncdoj.gov, by calling 877-566-7226, or writing to 9001 Mail Service Center, Raleigh, NC 27699.

Schletter Inc.  1001 Commerce Center Drive, Shelby, NC 28150  Tel: (704) 595-4200  Fax: (704) 595-4210  www.schletter.us