

April 25, 2016

1001 Commerce Center Drive
Shelby, NC 28150

Tel. (704) 595-4052
Fax (704) 595-4216
staice.davis@schletter.us
www.schletter.us

**Subject: Core ID Identity Theft Protection Welcome Letter**

Dear ███,

By now you should have received the written notice of data breach that was mailed to you last week. In that notice, you were informed that Schletter Inc. would be providing you with identity theft protection and credit monitoring at no cost to you for a period of 12 months. After careful consideration, we are extending this coverage to 24 months to provide you with additional security. After this 24 months is up, you will have the option to continue the coverage at your own cost.

Enclosed you will find the welcome letter from Core ID which is the third party service provider that will be providing this identity theft and credit monitoring coverage to you. You are already currently enrolled in the service but you will need to follow the instructions in the letter to complete the registration process either by phone or email to take full advantage of these services. The coverage is retroactive to 4/13/16, the date of the breach, which means that any fraudulent activity that has occurred on your account since 4/13/16 is covered by this service.

Again we greatly regret that this has happened and any inconvenience it may have caused you. If you have any questions, please do not hesitate to contact me or Core ID directly.

Regards,

Stacie Davis
Corporate HR Manager

Exhibit C

Schletter Inc. 1001 Commerce Center Drive, Shelby, NC 28150 Tel (704) 595-4052 Fax (704) 595-4216 www.schletter.us
AF-005 3/23/16
Case 1:17-cv-00001-MR-WCM Document 23-3 Filed 05/15/17 Page 1 of 1