

# WELCOME LETTER and REGISTRATION NEXT STEPS

Effective Date: **4/13/2016**
Plan Level: **ARX-ID Complete**
Customer Number: ███████

Dear ███████

On behalf of **Core ID Services (Core ID)**, welcome to the stronghold of **ARX-ID Identity Theft Protection.** You are now enrolled and protected with **ARX-ID Complete** courtesy of **Schletter Inc** up to **4/13/2018**.

*To maximize your benefits ensuring the highest level Detection, Protection and Correction services please* register *today to secure and access MyCoreID.com by following just a few easy steps.*
1) Go to www.MyCoreID.com/account/register
2) Register your email address, Password & Reset Question:
3) Complete an Account Search using your unique ███████
4) You may be required to complete an Account Verification.
(*Please note: Not Everyone passes the online account verification process, if after a couple of tries you are not verified - Give us a call.*)

**MyCoreID.com** is our secure member portal and your one stop resource for staying up to date with personalized identity profile monitoring results, resources, tips and news. **After registration please immediately** update your Profile with sensitive information (SSN & DOB) to allow the highest level of identity profile monitoring. Also during your first visit be sure to review, save or print your description of services and terms and conditions along with managing your personal notification preferences for alerts and ongoing communications.

Should you have questions about your plan, notice suspicious activity regarding your identity or receive one of our **Risk Alerts** Core ID will take every step to assist you and if needed provide you with a complete identity recovery, clearing your record of fraud. Our proprietary, fully-managed recovery solution means Core ID provides you with personal attention from our in-house and US-based **Certified Recovery Experts (CRE)** who will do 99% of the work for you, relieving you of that burden.

Our ARX-ID team is now available to you, so again welcome to the ARX-ID stronghold!

Sincerely,
**YOUR ARX-ID SUPPORT & RECOVERY TEAM**

## HELPFUL INFORMATION

**Can I register by Phone, instead?** Yes, next steps for accessing your account by phone:

1) Call **1-866-384-7059**.
2) Share with our team your **Customer Number**.
3) Complete Account Verification & Registration with our team.

*If you have any questions, please contact us immediately we are here to help!*

**Can I opt-out?** Yes, if you decide to opt-out of this complementary coverage, please call us or email us a time that's convenient for you and we will call you back. We want to ensure that your request is handled completely.

**Stay connected follow us!**

 CoreIDServices
 @CoreIDServices
 core-id-services

**Confidentiality Notice:** The information contained in this communication, including any attachment, is privileged and Confidential Information of Core ID Services, LLC and subsidiaries and is intended only for the person or entity to which it is addressed. If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying or distribution or the taking of any action in reliance on the contents of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and return or destroy this communication. Thank you.

ARX-ID® Identity Theft Protection Plans are a service of Core ID Services, LLC, headquartered in Atlanta, GA. ARX-ID provides identity theft protection through identity profile monitoring and fully-managed identity theft recovery services. Click here if you wish to change your notification settings. If you have questions about your plan coverage, please contact our customer service department at 1-866-384-7059 or customerservice@coreidservices.com.



2780 Bert Adams Rd, Suite 310, Atlanta, GA 30339
www.coreidservices.com | customerservice@coreidservices.com
Copyright © 2011-2016 Core ID Services, LLC. All rights reserved.
ARX-ID is a registered trademark of Core ID Services, LLC.

Exhibit D