THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00001-MR-DLH

BRYAN CURRY, TERRAN BROOKS, )
JERMAINE WILLIS, and BRYAN )
HOPPER on behalf of themselves )
and all others otherwise similarly )
situated, )
 )
                       Plaintiffs, )
 )
   vs. )      **O R D E R**
 )
SCHLETTER, INC., )
 )
                       Defendant. )
_____ )

**THIS MATTER** is before the Court on the Defendant's Notice of Pendency of Bankruptcy and Request for Stay of Proceedings [Doc. 38].

The Defendant has filed a notice with the Court that it has filed a bankruptcy case under Chapter 11 of the United States Bankruptcy Code. It is well-settled that "[w]hen litigation is pending against the debtor at the time a bankruptcy case is commenced, the litigation is stayed automatically." 3 Collier on Bankruptcy ¶ 362.03[3] (16th ed. 2011); see also 11 U.S.C. § 362(a)(1) (providing that a bankruptcy petition operates as an automatic stay of "the commencement or continuation . . . of a judicial, administrative, or

other action or proceeding against the debtor"). Accordingly, the Court will stay this action pending the Defendant's bankruptcy proceedings.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Request [Doc. 38] is **GRANTED**, and this action is hereby **STAYED** until further Order of the Court.

**IT IS FURTHER ORDERED** that the parties shall file a status report with the Court every ninety (90) days until such time as the bankruptcy matter is closed.

**IT IS SO ORDERED**.

Signed: May 15, 2018

Martin Reidinger
United States District Judge